IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LILLE B. VICKERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No.: 2:06-cv-00865-MHT-VPM |
| **MERCK & CO., INC.** | ) |
| **Defendant.** | ) **UNOPPOSED** |
| | ) |

**JOINT STIPULATION OF THE PARTIES
SEEKING A STAY OF ALL PROCEEDINGS PENDING
TRANSFER OF THIS ACTION TO MDL-1657**

COMES NOW the parties to this cause and hereby notify the Court that they have reached a stipulation in favor of the entry of an order staying this case pending transfer of this case to *In re VIOXX Mktg., Sales Practices & Prods. Liab. Litig.,* MDL No. 1657, the multidistrict litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability actions involving Vioxx® (the "Vioxx product liability actions"). *See In re Vioxx Prods. Liab. Litig.*, 360 F. Supp. 2d 1352 (J.P.M.L. 2005) ("Transfer Order"). On October 3, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and has furnished the Panel with a

copy of the docket sheet and complaint in this action. (See Exh. A. at 1.). Merck expects the Panel shortly to issue a conditional transfer order as to this action. Because neither party opposes transfer, the case will likely be transferred, and a stay will preserve the resources of the Court and the parties involved.

Therefore due to the pending transfer of this action, the parties agree that a stay of proceedings in this case is appropriate, and they jointly request this Court to issue an Order staying all proceedings in this case pending transfer of this action to MDL-1657.

NOTE: Counsel for the Defendant is filing this Motion with the Court electronically with the express consent of Plaintiff's counsel, who has approved the content of the Motion itself.

Date: October 9, 2006

Respectfully submitted,

/s/ Elizabeth B. Mitchell
Fred M. Haston, III (HAS012)
Anne Marie Seibel (SEI009)
Andrew B. Johnson (JOH168)
Elizabeth B. Mitchell (BRI050)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: thaston@bradleyarant.com
emitchell@bradleyarant.com
Attorneys for Defendant Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Leila H. Watson
Elizabeth A. Ellis
Cory, Watson, Crowder & Degaris, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200
(205) 324-7896 (Fax)
E-mail: lwatson@cwcd.com

/s/ Elizabeth B. Mitchell

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: emitchell@bradleyarant.com

# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

October 3, 2006



VIA FEDERAL EXPRESS

Jeffrey N. Lüthi, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    In re: Vioxx® Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

    Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 169th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Singletary v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00876 (M.D. Ala.)
2. *Vickers v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00865 (M.D. Ala.)
3. *Brady et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01966 (N.D. Ala.)
4. *Hill v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-06198 (C.D. Cal.)
5. *Mandava v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06143 (C.D. Cal.)
6. *Godfrey et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01659 (D. D.C.)
7. *Brooks v. Merck & Co., Inc.*, C.A. No. 4:06-cv-00112 (M.D. Ga.)
8. *Burr et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02321 (N.D. Ga.)
9. *Campbell v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00092 (N.D. Ga.)
10. *Catuara et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-05304 (N.D. Ill.)
11. *Fiebig v. Merck & Co., Inc.*, C.A. No. 1:06-cv-05302 (N.D. Ill.)
12. *Vittorini v. Monaco et al.*, C.A. No. 1:06-cv-05301 (N.D. Ill.)
13. *Wrobel v. Lal et al.*, C.A. No. 1:06-cv-05300 (N.D. Ill.)
14. *Susz v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02420 (D. Kan.)
15. *Andolina et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:06-cv-03902 (D. Minn.)
16. *Barone et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:06-cv-03905 (D. Minn.)
17. *Buchak et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:06-cv-03900 (D. Minn.)
18. *Carrigan et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:06-cv-03903 (D. Minn.)

| 47, Avenue Georges Mandel | 1775 I Street, N.W. | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 101 Hudson Street |
|---|---|---|---|---|---|
| 75116 Paris, France | Washington, D.C. | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Jersey City, New Jersey |
| (33) (1) 44.05.80.00 | 20006-2401 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 07302-3918 |
| | 202-721-4600 | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 201-536-9220 |

M00A2098880

Hughes Hubbard & Reed LLP

19. *Cox et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:06-cv-03904 (D. Minn.)
20. *D'Angelo et al., v. Merck & Co., Inc. et al.*, C.A. No. 0:06-cv-03909 (D. Minn.)
21. *Foote v. Merck & Co., Inc.*, C.A. No. 0:06-cv-03874 (D. Minn.)
22. *Lindsay et al., v. Merck & Co., Inc.*, C.A. No. 0:06-cv-03875 (D. Minn.)
23. *Martinez v. Merck & Co., Inc.*, C.A. No. 8:06-cv-00628 (D. Neb.)
24. *Mullen v. Merck & Co., Inc.*, C.A. No. 8:06-cv-00629 (D. Neb.)
25. *Sutton v. Merck & Co., Inc.*, C.A. No. 8:06-cv-00627 (D. Neb.)
26. *Knudson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01215 (D. Nev.)
27. *Mortell v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01216 (D. Nev.)
28. *Sher v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01217 (D. Nev.)
29. *Barrell et al., v. Merck & Co., Inc.*, C.A. No. 3:06-cv-04655 (D. N.J.)
30. *Clark et al., v. Merck & Co., Inc.*, C.A. No. 3:06-cv-04643 (D. N.J.)
31. *Dickelman v. Merck & Co., Inc.*, C.A. No. 2:06-cv-04554 (D. N.J.)
32. *Grove et al., v. Merck & Co., Inc.*, C.A. No. 3:06-cv-04609 (D. N.J.)
33. *Hertig et al., v. Merck & Co., Inc.*, C.A. No. 3:06-cv-04611 (D. N.J.)
34. *Houtz et al., v. Merck & Co., Inc.*, C.A. No. 3:06-cv-04617 (D. N.J.)
35. *Maki v. Merck & Co., Inc.*, C.A. No. 2:06-cv-04553 (D. N.J.)
36. *Stuckey v. Merck & Co., Inc.*, C.A. No. 2:06-cv-04561 (D. N.J.)
37. *Pilarczyk v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-02363 (N.D. Ohio)
38. *Russ v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02350 (N.D. Ohio)
39. *Christian v. Merck & Co., Inc.*, C.A. No. 6:06-cv-00409 (E.D. Okla.)
40. *Clift v. Merck & Co., Inc.*, C.A. No. 6:06-cv-00408 (E.D. Okla.)
41. *Phelps v. Merck & Co., Inc.*, C.A. No. 6:06-cv-00410 (E.D. Okla.)
42. *Coonfield v. Merck & Co., Inc.*, C.A. No. 5:06-cv-01060 (W.D. Okla.)
43. *Elkins v. Merck & Co., Inc.*, C.A. No. 5:06-cv-01061 (W.D. Okla.)
44. *Sitter et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01030 (D. S.D.)
45. *Lee v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00406 (E.D. Tex.)
46. *Acevedo v. Merck & Co., Inc.*, C.A. No. 7:06-cv-00267 (S.D. Tex.)
47. *Gonzalez v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00424 (S.D. Tex.)
48. *Gonzalez et al., v. Merck & Co., Inc.*, C.A. No. 7:06-cv-00266 (S.D. Tex.)
49. *Rosalez v. Merck & Co., Inc. et al.*, C.A. No. 7:06-cv-00269 (S.D. Tex.)
50. *Rosas v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00427 (S.D. Tex.)
51. *Arney et al., v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00771 (W.D. Tex.)
52. *Labaj v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00773 (W.D. Tex.)
53. *Tealer v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00772 (W.D. Tex.)
54. *Wright v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00779 (W.D. Tex.)
55. *Burk v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00817 (D. Utah)
56. *Marsh et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00144 (N.D. W.Va.)
57. *Tingler et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00095 (N.D. W.Va.)
58. *Bays et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00742 (S.D. W.Va.)
59. *Combs v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00743 (S.D. W.Va.)
60. *Gunnoe et al., v. Merck & Co., Inc.*, C.A. No. 5:06-cv-00752 (S.D. W.Va.)
61. *Jones v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00741 (S.D. W.Va.)
62. *Nichols v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00755 (S.D. W.Va.)
63. *Perdue v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00757 (S.D. W.Va.)

Hughes Hubbard & Reed LLP

Hughes Hubbard & Reed LLP

64. *Taylor et al., v. Merck & Co., Inc.*, C.A. No. 5:06-cv-00751 (S.D. W.Va.)
65. *Trent v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00754 (S.D. W.Va.)
66. *Waddell v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00756 (S.D. W.Va.)

There are eighty-five new cases filed in the transferee court.

1. *Barnes et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06130 (E.D. La.)
2. *Bates et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06092 (E.D. La.)
3. *Beal v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06276 (E.D. La.)
4. *Bell v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06200 (E.D. La.)
5. *Benson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06214 (E.D. La.)
6. *Berryhill v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06304 (E.D. La.)
7. *Bolds v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06277 (E.D. La.)
8. *Boyte et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06305 (E.D. La.)
9. *Bragg v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06133 (E.D. La.)
10. *Branscome v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06201 (E.D. La.)
11. *Bryant v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06278 (E.D. La.)
12. *Buchanan v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06202 (E.D. La.)
13. *Bulman v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06231 (E.D. La.)
14. *Carter et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06131 (E.D. La.)
15. *Cheatham et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06128 (E.D. La.)
16. *Christ et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06127 (E.D. La.)
17. *Colburn et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06306 (E.D. La.)
18. *Coomer v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06132 (E.D. La.)
19. *Davidson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06204 (E.D. La.)
20. *Day v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06279 (E.D. La.)
21. *Deckerd v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06280 (E.D. La.)
22. *Dison et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06307 (E.D. La.)
23. *Dixon et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06213 (E.D. La.)
24. *Doherty v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06219 (E.D. La.)
25. *Durant et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06239 (E.D. La.)
26. *Durr v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06281 (E.D. La.)
27. *Enderlein v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06308 (E.D. La.)
28. *Eubank v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06109 (E.D. La.)
29. *Evans et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06469 (E.D. La.)
30. *Fago v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06282 (E.D. La.)
31. *Finch v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06197 (E.D. La.)
32. *Gaskins et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06218 (E.D. La.)
33. *Grisby v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06198 (E.D. La.)
34. *Hando v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06199 (E.D. La.)
35. *Hansen v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06455 (E.D. La.)
36. *Hardin v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06283 (E.D. La.)
37. *Hashemee v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06112 (E.D. La.)
38. *Hauser v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06284 (E.D. La.)
39. *Herron v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06186 (E.D. La.)

M00A209882

Hughes Hubbard & Reed LLP

40. *Hill et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06309 (E.D. La.)
41. *Hodges v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06285 (E.D. La.)
42. *Hughes v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06187 (E.D. La.)
43. *Jackson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06286 (E.D. La.)
44. *Jackson et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06220 (E.D. La.)
45. *Jeffreys et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06310 (E.D. La.)
46. *Johns v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06461 (E.D. La.)
47. *Johnson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06275 (E.D. La.)
48. *Johnson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06188 (E.D. La.)
49. *Jones v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06212 (E.D. La.)
50. *Kennon v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06189 (E.D. La.)
51. *Kovach et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06311 (E.D. La.)
52. *Lapikas v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06190 (E.D. La.)
53. *Lauter et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06215 (E.D. La.)
54. *Lavoie v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06221 (E.D. La.)
55. *Ling v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06456 (E.D. La.)
56. *Maguire v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06191 (E.D. La.)
57. *McDonald Vantree et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06312 (E.D. La.)
58. *McHugh et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06313 (E.D. La.)
59. *Mclemore v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06409 (E.D. La.)
60. *Merchant v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06216 (E.D. La.)
61. *Mohs v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06457 (E.D. La.)
62. *Nall v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06458 (E.D. La.)
63. *Owens v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06287 (E.D. La.)
64. *Palumbo v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06459 (E.D. La.)
65. *Parker v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06288 (E.D. La.)
66. *Perry v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06460 (E.D. La.)
67. *Porter v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06193 (E.D. La.)
68. *Purvis et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06222 (E.D. La.)
69. *Pribula v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06194 (E.D. La.)
70. *Raiman v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06289 (E.D. La.)
71. *Rose v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00127 (E.D. La.)
72. *Sheppard v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06195 (E.D. La.)
73. *Simpson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06290 (E.D. La.)
74. *Stone et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06317 (E.D. La.)
75. *Taylor v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06291 (E.D. La.)
76. *Thomas v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06292 (E.D. La.)
77. *Von Eper v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06293 (E.D. La.)
78. *Webster v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06294 (E.D. La.)
79. *Weinstein v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06110 (E.D. La.)
80. *Wheeler v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06230 (E.D. La.)
81. *White v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06295 (E.D. La.)
82. *Wilson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06223 (E.D. La.)
83. *Yarbrough v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06296 (E.D. La.)
84. *Zarayasi v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06196 (E.D. La.)

M00A209883

Hughes Hubbard & Reed LLP

85. *Zinz et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-06129 (E.D. La.)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following developments pertaining to actions that are currently the subject of Panel consideration.

1. *Davis et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00408 (S.D. Tex.) was remanded to the County Court of Nueces County, Texas on September 26, 2006.
2. *Garcia v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00405 (S.D. Tex.) was remanded to the 79th Judicial District Court of Jim Wells County, Texas on September 26, 2006.
3. *Garcia et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00399 (S.D. Tex.) was remanded to the 229th Judicial District Court of Duval County, Texas on September 26, 2006.

Respectfully submitted,

*[signature]*

Cecily C. Williams

CCW/eas

Enclosures

5