### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LILLE B. VICKERS,** | ) |
|     **Plaintiff,** | ) |
| **v.** | ) |
| | ) **Case No.: 2:06-cv-00865-MHT-VPM** |
| **MERCK & CO., INC.** | ) |
|     **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant Merck & Co., Inc. certify that Merck & Co., Inc. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

Respectfully submitted,

/s/ Elizabeth B. Mitchell
Fred M. Haston, III (HAS012)
Anne Marie Seibel (SEI009)
Andrew B. Johnson (JOH168)
Elizabeth B. Mitchell (BRI050)
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: thaston@bradleyarant.com
emitchell@bradleyarant.com
Attorneys for Defendant Merck & Co., Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Leila H. Watson
      Elizabeth A. Ellis
      Cory, Watson, Crowder & Degaris, P.C.
      2131 Magnolia Avenue
      Birmingham, Alabama 35205
      (205) 328-2200
      (205) 324-7896 (Fax)
      E-mail: lwatson@cwcd.com


      /s/ Elizabeth B. Mitchell

      BRADLEY ARANT ROSE & WHITE LLP
      One Federal Place
      1819 Fifth Avenue North
      Birmingham, AL 35203-2119
      Telephone: (205) 521-8000
      Facsimile: (205) 521-8800
      E-mail: emitchell@bradleyarant.com