IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LILLE B. VICKERS,            )
                             )
    Plaintiff,               )
                             )
                             )     CIVIL ACTION NO.
    v.                       )       2:06cv865-MHT
                             )
MERCK & Co., Inc.,           )
                             )
    Defendant.               )
```

### ORDER

Upon consideration of the joint stipulation seeking a stay (doc. no. 5), it is ORDERED that the stipulation is treated as a motion for stay and said motion is granted. This cause is stayed pending MDL transfer.

DONE, this the 11th day of October, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE